LAFAYETTE NATIONAL BANK OF BROOKLYN IN NEW YORK, as Substituted Trustee, et al., Respondents.

Argued February 21, 1944; decided April 6, 1944.

*George K. Jack* for appellant.

*Walter J. Carlin* for Lafayette National Bank of Brooklyn in New York, respondent.

*George Rosling,* special guardian for infants, respondents.

Order of Appellate Division modified to the extent that the decree of the Surrogate is further modified by reducing surcharge number 4 from $5,125 to $4,125, and, as so modified, affirmed without costs. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, DESMOND and THACHER, JJ. Taking no part: CONWAY, J.